■

**IN RE A. S.**

20160848

Supreme Court of Utah.

01-25-2017

20160487

Petition for Writ of Certiorari Denied.

■

**BRYNER**

v.

**Hons. DALE, Hamilton**

20160919

Supreme Court of Utah.

02-07-2017

20160823

Petition for Writ of Certiorari Denied.

■

**GORDON**

v.

**STATE**

20160900

Supreme Court of Utah.

01-30-2017

20140518

382 P.3d 1063

Petition for Writ of Certiorari Denied.

■

**FINLAYSON**

v.

**STATE**

20160989

Supreme Court of Utah.

01-25-2017

20160563

Petition for Writ of Certiorari Denied.

